WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rherandez@wrightlegal.net
*Attorneys for Defendant, Bayview Loan Servicing, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID HUTCHINGS, an individual, AND REBECCA HUTCHINGS, an individual,<br><br>Plaintiffs,<br>vs.<br><br>BAYVIEW LOAN SERVICING LLC, a Foreign Limited Liability Company,<br><br>Defendants. | Case No.: 2:20-cv-01120-RFB-VCF<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs, David Hutchings and Rebecca Hutchings, and Defendant, Bayview Loan Servicing, LLC, by and through their counsel of record, hereby stipulate and agree as follows:

On June 19, 2020, Plaintiffs filed their Complaint [ECF No. 1]. Defendant waived service of Plaintiffs' Complaint and agreed to file its responsive pleading within sixty days from June 19, 2020 [ECF No. 5]. As such, Defendant's deadline to respond to the Complaint is presently August 18, 2020.

This file was among several that transferred when defense counsel moved firms. Due to an unanticipated delay in the file transfer, defense counsel asserts it was only able to recently obtain a copy of documentation necessary to address plaintiffs' allegations. Based on this, Plaintiffs have agreed to extend the deadline to respond to the complaint by an additional week through and including August 25, 2020.

/ / /

/ / /

This is the first stipulation for extension of time for Defendant to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 18th day of August, 2020.

| WRIGHT, FINLAY & ZAK, LLP | COGBURN LAW |
|---|---|
| /s/ Darren T. Brenner, Esq. | /s/ Erik W. Fox, Esq. |
| Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Defendant, Bayview Loan Servicing, LLC* | Jamie S. Cogburn, Esq.<br>Nevada Bar No. 8409<br>Erik W. Fox, Esq.<br>Nevada Bar No. 8804<br>2580 St. Rose Parkway, Suite 330<br>Henderson, Nevada 89074<br>*Attorneys for Plaintiffs, David Hutchings and Rebecca Hutchings* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8-18-2020