WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rherandez@wrightlegal.net
*Attorneys for Defendant, Bayview Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID HUTCHINGS, an individual, AND REBECCA HUTCHINGS, an individual, <br><br> Plaintiffs, <br> vs. <br><br> BAYVIEW LOAN SERVICING LLC, a Foreign Limited Liability Company, <br><br> Defendants. | Case No.:  2:20-cv-01120-RFB-VCF <br><br> **STIPULATION TO STAY DISCOVERY** |

Pursuant to F.R.C.P. 26(c), Plaintiffs, David Hutchings and Rebecca Hutchings (collectively "Plaintiffs"), and Defendant, Bayview Loan Servicing, LLC ("Defendant") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On June 19, 2020, Plaintiffs filed their Complaint [ECF No. 1].

On August 20, 2020, Defendant filed a Motion to Dismiss [ECF No. 8].

On September 3, 2020, Plaintiffs filed their Motion to Amend Complaint [ECF No. 10].

On September 21, 2020, the Court entered a Discovery Plan and Scheduling Order that set the close of discovery for February 16, 2021 [ECF No. 14].

On October 6, 2020, the Court entered an Order Granting Plaintiff's Motion to Amend Complaint.  The same order also denied Defendant's Motion to Dismiss as moot [ECF No. 17].

On October 9, 2020, Plaintiff filled their First Amended Complaint [ECF No. 18].

On October 23, 2020, Defendant filed its Motion to Dismiss Plaintiffs' Amended

1  Complaint [ECF No. 19].

2  On November 6, 2020, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss
3  Plaintiffs' Amended Complaint [ECF No. 20].

4  On November 9, 2020, Defendant filed its Errata to Motion to Dismiss Plaintiffs'
5  Amended Complaint [ECF No. 21].

6  On November 12, 2020, Defendant filed its Reply in Support of Motion to Dismiss
7  Plaintiff's Amended Complaint [ECF No. 22].

8  WHEREAS, the Parties hereby stipulate and agree that discovery is stayed until the
9  resolution of the pending Motion to Dismiss Plaintiff's Amended Complaint [ECF No. 19]. In
10 the event the court does not enter an order that dismisses the case in its entirety, the parties will
11 have fifteen (15) days from the Court's entry of the order denying dismissal to submit a new
12 Stipulated Discovery Plan and Scheduling Order.

13 DATED this 15th day of December, 2020.

| WRIGHT, FINLAY & ZAK, LLP | COGBURN LAW |
|---|---|
| */s/ Ramir M. Hernandez* | */s/ Erik W. Fox* |
| Darren T. Brenner, Esq. | Jamie S. Cogburn, Esq. |
| Nevada Bar No. 8386 | Nevada Bar No. 8409 |
| Ramir M. Hernandez, Esq. | Erik W. Fox, Esq. |
| Nevada Bar No. 13146 | Nevada Bar No. 8804 |
| 7785 W. Sahara Avenue, Suite 200 | 2580 St. Rose Parkway, Suite 330 |
| Las Vegas, Nevada 89117 | Henderson, Nevada 89074 |
| *Attorneys for Defendant, Bayview Loan Servicing, LLC* | *Attorneys for Plaintiffs, David Hutchings and Rebecca Hutchings* |

IT IS HEREBY ORDERED that a telephonic status conference is scheduled for 10:00 AM, June 15, 2021.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-15-2020

Page 2 of 2